**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TORREY DAVIDSON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:10CV647 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Movant seeks relief from the judgment in United States v. Davidson, 4:08CR660 CDP (E.D. Mo.). However, movant filed a direct appeal from the judgment, and movant's direct appeal is still pending. See United States v. Davidson, No. 09-3146 (8th Cir.). Because the direct appeal is pending, movant's § 2255 motion has been prematurely filed. See Masters v. Eide, 353 F.2d 517, 518 (8th Cir.1965) (per curiam) ("[o]rdinarily resort cannot be had to 28 U.S.C.A. § 2255 or habeas corpus while an appeal from conviction is pending."). And I find no extraordinary circumstances that would allow movant to file his motion at this time. As a result, I will dismiss this action without prejudice to refiling after the criminal judgment becomes final.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

Dated this 27th day of April, 2010.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE